# EXHIBIT 1

MICHAEL K. JEANES
Clerk of the Superior Court
By Venessa Vasquez, Deputy
Date 06/18/2012 Time 10:53:29
Description                          Amount
--------- CASE# CV2012-008481 --------
CIVIL NEW COMPLAINT                301.00
-----------------------------------------
TOTAL AMOUNT                       301.00
        Receipt# 22256480

**WARNOCK, MACKINLAY & CARMAN, PLLC**
7135 E. Camelback Rd., Ste. F240
Scottsdale, AZ 85251
Telephone: (602) 381-6669
Fax: (602) 381-6560
Brian R. Warnock, State Bar No. 012400
Bwarnock@lawwmc.com
Attorneys for Plaintiffs

## IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

GARY DEMARINO,

      Plaintiff,

    vs.

PURCELL TIRE  COMPANY , a foreign
business entity; CIGNA GROUP INSURANCE ,
a foreign business entity, MARK STRAUSS,
WENDY DOUGLAS ;JOHN and JANE DOES
I-X; BLACK and WHITE PARTNERSHIP I-X;
and ABC CORPORATIONS I-X,

      Defendants.

**Case No.:**  CV2012-008481

**COMPLAINT**

Plaintiff, by and through attorneys undersigned, alleges as follows:

1.     Plaintiff, at all times mentioned herein, was resident in Maricopa County, Arizona. The events complained of took place in Maricopa County and this Court has jurisdiction.

2.     Defendant    PURCELL TIRE COMPANY, on information and belief is a Missouri corporation, and carries on business in Maricopa County, Arizona.  Defendant CIGNA GROUP INSURANCE is a foreign business entity which also carries on business in Arizona. At all material times CIGNA acted as insurer or third party administrator ("TPA") for certain group insurance benefits offered by PURCELL to its employees.

1

3.     Defendant MARK STRAUSS is a resident of Maricopa County and at all times was acting as an employee of PURCELL which is vicariously liable for his actions.

4.     Defendant WENDY DOUGLAS on information and belief is a resident of the State of Missouri, and at all times was acting as an employee of PURCELL which is vicariously liable for her actions.

5.     The fictitiously named Defendants or others who caused or contributed to the cause of actions and whose true names are presently unknown to Plaintiff, if any.  Upon ascertaining any such names, this Complaint will be amended to reflect their true names.

6.     At all times the Plaintiff was an employee of PURCELL and as such was entitled to receive certain benefits under a group benefits plan offering to its employees.

7.     In 2010, Gary responded to a solicitation from PURCELL to accept as a benefit of employment Long Term Disability insurance ("LTD"), during an "open enrollment period". The insurance was offered through CIGNA as insurer or TPA.

8.     PURCELL provided Gary the CIGNA produced form to complete for the LTD benefit, which he did to the extent he could, and as directed he returned it to his manager, the Defendant STRAUSS, advising he was electing both life and 50% LTD, and then STRAUSS, on information and belief was to review the form for completeness before forwarding on to head office of PURCELL. He failed to review the form for completeness, failed to insert the information required of the employer, and negligently forwarded the form to the Defendant DOUGLAS, the Human Resources manager for PURCELL for further review, who also negligently failed to see the defects and forwarded it on to CIGNA who was providing the benefit, who also negligently failed to note the omission in their form.

9.     The CIGNA form provided to Gary was deceptive in that certain information apparently the employee was to provide was erroneously included under the section clearly, and erroneously, marked "Completed by Employer".

10.    The Defendants negligently failed to note the LTD section had neither a declination, nor an acceptance, an absence so obvious as to warrant an inquiry of Gary, as the applying employee. On information and belief, DOUGLAS then forwarded the erroneous form to CIGNA.

11.    No one from PURCELL or CIGNA bothered to contact Gary to determine what benefits he actually was seeking, so when his payroll deductions increased in 2010 from $0 to $4.88 and then to $12.80 he reasonably assumed his coverage for both the life and LTD benefits as requested were in place. At no time did anyone at PURCELL confirm with him what coverage he had applied for, or what he was paying for.

12.    Gary contracted Lou Gehrig's disease (ALS) which rendered him totally disabled. He consequently applied for his LTD benefit under which Gary was entitled to 50% of his monthly income or $2,594.00 per month. As he receives $1,816.00 in SS benefit, that is a credit, reducing his entitlement to $778.00 for the period from the end of STD until the benefit expires in 60 months or with certain spousal benefits should he not survive that period of time.

13.    CIGNA has advised Gary he is not entitled to the LTD benefit alleging he did not apply for it.

## COUNT ONE
## NEGLIGENCE

14.    In the premises, PURCELL, STRAUSS, DOUGLAS and CIGNA owed a duty to Gary to provide him a non-deceptive form and to ensure that the form was properly and completely completed before it was submitted for final processing. All were negligent in failing

3

to notice the deceptive nature of the application and the obvious omissions, rendering the application meaningless as it related to LTD benefits, whereby Gary has suffered damage. Further PURCELL was negligent in failing to clearly indicate on Gary's payroll stub exactly what benefits he was paying for.

## COUNT TWO
## CONSUMER FRAUD

15.    The actions of PURCELL and CIGNA in providing a deceptive form  constitute Consumer Fraud in the sale of an insurance policy in violation of A.R.S. § 44 – 1522 et seq. for which they are liable.

## COUNT THREE
## REFORMATION/REASONABLE EXPECTATION

16.    Gary  reasonably expected he would have received appropriate insurance coverage, including  LTD, based on the form provided and the payroll deductions taken, and asks that the Policy to be reformed to provide that coverage in keeping with his reasonable expectations.

## COUNT FOUR
## NEGLIGENT MISREPRESENTATION

17.    Gary reasonably relied upon the representation that upon completion of the form and submission to STRAUSS, and upon having a payroll deduction, then he was accepted for, and was paying for, the LTD benefit. Gary reasonably relied upon his employer to complete the portion indicated to be completed by the employer, and further relied upon the indication of payroll deductions that he was paying for the benefit. PURCELL therefore negligently represented to Gary he was paying for all the benefits he understood  he had applied for, and as a consequence of PURCELL's misrepresentation Gary has suffered damage. Gary's reliance upon the payroll deduction slips and the "To be completed by Employer "portion of the form was reasonable, but due

4

to the misrepresentations of the Defendants he has been denied the benefit for which the Defendants are liable.

**WHEREFORE**, Plaintiff is entitled to judgment in his favor and against Defendants jointly and severally for the following relief:

1.      General Damages;

2.      Prejudgment interest from the date of disability, until payment in the amount of ten percent (10%) per annum from time expended until paid;

3.      Attorneys' fees pursuant to A.R.S. § 12-341.01;

4.      Costs of suit; and

5.      Such other and further relief as the Court may deem just and equitable.

**DATED** this ____ day of June, 2012.

*Warnock, MacKinlay & Carman, PLLC*

By _____ with authority for
        Brian R. Warnock, Esq.
        Attorney for Plaintiff

# EXHIBIT 2

MICHAEL K. JEANES, CLERK
BY V. Vaoguez DEP
FILED

12 JUN 18 AM 10: 48

**WARNOCK, MACKINLAY & CARMAN, PLLC**
7135 E. Camelback Rd., Ste. F240
Scottsdale, AZ 85251
Telephone: (602) 381-6669
Fax: (602) 381-6560
Brian R. Warnock, State Bar No. 012400
Bwarnock@lawwmc.com
Attorneys for Plaintiffs

### IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA

### IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| GARY DEMARINO, | Case No.: CV 2012-008481 |
| Plaintiff, | **CERTIFICATE OF NON-COMPULSORY ARBITRATION** |
| vs. | |
| PURCELL TIRE  COMPANY , a foreign business entity; CIGNA GROUP INSURANCE , a foreign business entity, MARK STRAUSS, WENDY DOUGLAS ;JOHN and JANE DOES I-X; BLACK and WHITE PARTNERSHIP I-X; and ABC CORPORATIONS I-X, | |
| Defendants. | |

The undersigned certifies that he knows the dollar limits and any other limitations set forth by the local rules of practice for the applicable superior court, and further certifies that this case **is not** subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

**DATED** this 15th day of June, 2012.

*Warnock, MacKinlay & Carman, PLLC*

By _____, with authority for
Brian R. Warnock, Esq.
Attorney for Plaintiff

1

# EXHIBIT 3

**WARNOCK, MACKINLAY & CARMAN, PLLC**
7135 E. Camelback Rd., Ste. F240
Scottsdale, AZ 85251
Telephone: (602) 381-6669
Fax: (602) 381-6560
Brian R. Warnock, State Bar No. 012400
Bwarnock@lawwmc.com
Attorneys for Plaintiffs

MICHAEL K. JEANES, CLERK
BY
RECEIVED NE LOBBY
DOCUMENT DEPOSITORY

12 JUN 25  AM 11: 56
FILED

BY V. Vaoguez, DEP

ORIGINAL

IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

GARY DEMARINO,

Plaintiff,

vs.

PURCELL TIRE COMPANY , a foreign
business entity; CIGNA GROUP INSURANCE ,
a foreign business entity, MARK STRAUSS,
WENDY DOUGLAS ; JOHN and JANE DOES
I-X; BLACK and WHITE PARTNERSHIP I-X;
and ABC CORPORATIONS I-X,

Defendants.

Case No.: CV 2012 - 008481

**SUMMONS**

If you would like legal advice from a lawyer,
contact the Lawyer Referral Service at

602-267-4434
or
www.lawyerfinders.org.

Sponsored by the
Maricopa County Bar Association

**THE STATE OF ARIZONA TO THE DEFENDANT:**

PURCELL TIRE COMPANY
c/o Corporation Service Company
2338 W. Royal Palm Rd. Suite J
Phoenix, AZ 85021

YOU ARE HEREBY SUMMONED and required to appear and defend, within the time

applicable, in this action in this Court. If served within Arizona, you shall appear and defend

within twenty (20) days after the service of the Summons and Complaint upon you, exclusive of

the day of service. If served outside of the State of Arizona -- whether by direct service or by

publication -- you shall appear and defend within thirty (30) days after the service of the

1

Summons and Complaint upon you is complete, exclusive of the day of service. Service by publication is complete thirty (30) days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete thirty (30) days after filing the Affidavit of Compliance and return receipt or Officer's Return. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this State, the insurer shall not be required to appear, answer or otherwise plead until the expiration of forty (40) days after the date of service upon the Director. A.R.S. s. 20-222, 28-1027.

YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or other proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or other response upon the Plaintiffs' attorney.

The name and address of plaintiff's attorney is:

> Brian R. Warnock, Esq.
> WARNOCK, MacKINLAY & CARMAN PLLC
> 7135 East Camelback Road, Suite F240
> Scottsdale, Arizona 85251

SIGNED AND SEALED THIS DATE:_____ **JUN 1 8 2012**

MICHAEL K. JEANES. CLERK



CLERK

By_____

Deputy Clerk

2

DIRTY'S PROCESS SERVICE
602-469-8899

MICHAEL K. JEANES, CLERK
BY .............
DEP
RECEIVED NE LOBBY
DOCUMENT DEPOSITORY

## IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA 12 JUN 25 AM 11:56

### IN AND FOR THE COUNTY OF MARICOPA

FILED

BY V. Vaoğuezₒ DEP

GARY DEMARINO,                    )
                                  )     Case No. CV2012-008481
                                  )
                                  )
        Plaintiffs,               )
vs.                               )           **AFFIDAVIT OF**
PURCELL TIRE COMPANY, a foreign   )
business entity; MARK STRAUSS;    )
et al.,                           )       **SERVICE OF PROCESS**
                                  )
        Defendants.               )
_____)

STATE OF ARIZONA    )
                    )  ss.
County of Maricopa  )

     Mark Dougherty, being first duly sworn, and registered in Maricopa
County, deposes and states:  That he is fully qualified to serve process
in this case; that on 6/18/12, he received from Brian Warnock, attorney
for the Plaintiff, instruments and documents described as Summons,
Complaint, and Certificate of Arbitration, pursuant to the above-entitled
and numbered action and that he personally served a true copy of these
documents upon:

| **PARTY SERVED** | **ADDRESS WHERE SERVED** | **DATE & TIME** |
|---|---|---|
| Purcell Tire Company, | 2338 W. Royal Palm Rd #J | 6/19/12 |
| by serving Nina Nason at | Phoenix, Az | 11:42 a.m. |
| Corporation Service Company, stat agent | | |

_____
**AFFIANT**

Subscribed and sworn to before
me on this date:

6-25-12

_____
Notary Public
My Commission Expires: _____

Service:     $16.00
Travel:      $30.00
Notary Fee: $ 8.00
aff prep

TOTAL:       $54.00



OFFICIAL SEAL
JEANNINE DOUGHERTY
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires June 7, 2013

# EXHIBIT 4

1

**WARNOCK, MACKINLAY & CARMAN, PLLC**

2  7135 E. Camelback Rd., Ste. F240
Scottsdale, AZ 85251

3  Telephone: (602) 381-6669
Fax: (602) 381-6560

4  Brian R. Warnock, State Bar No. 012400
Bwarnock@lawwmc.com

5  Attorneys for Plaintiffs

6

MICHAEL K. JEANES, CLERK
BY DEP
RECEIVED NE LOBBY
DOCUMENT DEPOSITORY

12 JUN 25  AM 11: 56

FILED

BY V. Vazquez  DEP



ORIGINAL

7          IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA

8             IN AND FOR THE COUNTY OF MARICOPA

9

10

11  GARY DEMARINO,

12          Plaintiff,

13          vs.

14

15  PURCELL TIRE COMPANY , a foreign
business entity; CIGNA GROUP INSURANCE ,

16  a foreign business entity, MARK STRAUSS,
WENDY DOUGLAS ; JOHN and JANE DOES

17  I-X; BLACK and WHITE PARTNERSHIP I-X;
and ABC CORPORATIONS I-X,

18

19          Defendants.

Case No.:  CV 2012 - 008481

**SUMMONS**

If you would like legal advice from a lawyer,
contact the Lawyer Referral Service at

**602-257-4434**
or
**www.lawyerfinders.org.**

Sponsored by the
Maricopa County Bar Association

20      **THE STATE OF ARIZONA TO THE DEFENDANT:**

21       MARK STRAUSS

22       Purcell Tire Company
3810 E. Ray Rd.

23       Phoenix, AZ 85044

24

25      YOU ARE HEREBY SUMMONED and required to appear and defend, within the time

26  applicable, in this action in this Court. If served within Arizona, you shall appear and defend

27  within twenty (20) days after the service of the Summons and Complaint upon you, exclusive of

28  the day of service. If served outside of the State of Arizona -- whether by direct service or by

publication -- you shall appear and defend within thirty (30) days after the service of the

1

Summons and Complaint upon you is complete, exclusive of the day of service. Service by publication is complete thirty (30) days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete thirty (30) days after filing the Affidavit of Compliance and return receipt or Officer's Return. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this State, the insurer shall not be required to appear, answer or otherwise plead until the expiration of forty (40) days after the date of service upon the Director. A.R.S. s. 20-222, 28-1027.

YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or other proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or other response upon the Plaintiffs' attorney.

The name and address of plaintiff's attorney is:

> Brian R. Warnock, Esq.
> WARNOCK, MacKINLAY & CARMAN PLLC
> 7135 East Camelback Road, Suite F240
> Scottsdale, Arizona 85251

**JUN 1 8 2012**

SIGNED AND SEALED THIS DATE:_____

**MICHAEL K, JEANES, CLERK**

CLERK

By_____

Deputy Clerk

2

DIRTY'S PROCESS SERVICE
602-469-8899

MICHAEL K. JEANES, CLERK
BY ........DEP
RECEIVED NE LOBBY
DOCUMENT DEPOSITORY

## IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

12 JUN 25 AM II: 56
FILED
BY V. Vooguez, DEP

GARY DEMARINO,                    )
                                  )     Case No. CV2012-008481
                                  )
                                  )
     Plaintiffs,                  )
vs.                               )           **AFFIDAVIT OF**
PURCELL TIRE COMPANY, a foreign   )
business entity; MARK STRAUSS;    )
et al.,                           )        **SERVICE OF PROCESS**
                                  )
     Defendants.                  )
_____    )

STATE OF ARIZONA    )
                    )  ss.
County of Maricopa  )

     Mark Dougherty, being first duly sworn, and registered in Maricopa
County, deposes and states:  That he is fully qualified to serve process
in this case; that on 6/18/12, he received from Brian Warnock, attorney
for the Plaintiff, instruments and documents described as Summons,
Complaint, and Certificate of Arbitration, pursuant to the above-entitled
and numbered action and that he personally served a true copy of these
documents upon:

| **PARTY SERVED** | **ADDRESS WHERE SERVED** | **DATE & TIME** |
|---|---|---|
| Mark Strauss | 2077 S. Hardy Dr. | 6/19/12 |
| | Tempe, Az | 12:35 p.m. |

1 attempt 3810 E. Ray Rd.

_____
**AFFIANT**

Subscribed and sworn to before
me on this date:

6-25-12

_____
Notary Public
My Commission Expires: _____

Service:     $16.00
Travel:      $70.80
Notary Fee:  $ 8.00
aff prep

TOTAL:       $94.80



OFFICIAL SEAL
JEANNINE DOUGHERTY
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires June 7, 2013

# EXHIBIT 5

Michael K. Jeanes, Clerk of Court
*** Electronically Filed ***
Julieta Garcia
Filing ID 1341629
6/28/2012 4:46:00 PM

**WARNOCK, MACKINLAY & CARMAN, PLLC**
7135 E. Camelback Rd., Ste. F240
Scottsdale, AZ 85251
Telephone: (602) 381-6669
Fax: (602) 381-6560
Brian R. Warnock, State Bar No. 012400
Bwarnock@lawwmc.com
Attorneys for Plaintiffs

### IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA

### IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| GARY DEMARINO,<br><br>   Plaintiff,<br><br>  vs.<br><br>PURCELL TIRE  COMPANY , a foreign business entity; CIGNA GROUP INSURANCE , a foreign business entity, MARK STRAUSS, WENDY DOUGLAS ;JOHN and JANE DOES I-X; BLACK and WHITE PARTNERSHIP I-X; and ABC CORPORATIONS I-X,<br><br>   Defendants. | **Case No.:  CV2012-008481**<br><br>AFFIDAVIT OF PROCESS SERVICE BY CERTIFIED MAIL<br><br>**(Assigned to Hon. Richard J. Gama )** |

STATE OF ARIZONA   )
        ) ss.
County of Maricopa   )

 **BRIAN R. WARNOCK**, being first duly sworn, deposes and says:

 1.  He is the attorney for Plaintiff in the captioned action, and submits this affidavit to demonstrate the circumstances warranting the use of service by mail outside the State of Arizona authorized by Rule 4.2(c), Arizona Rules of Civil Procedure, and to establish completion of such service.

2.      Defendant's current home and mailing address is: _____

> Wendy Douglas
>
> Purcell Tire & Rubber Company
>
> 301 N. Hall Street
>
> Potosi, MO. 63664

3.      On June 20, 2012 , I caused true and correct copies of the Summons, Complaint, and Certificate of Compulsory Arbitration to be deposited in the U.S. Mail, postage prepaid, certified mail, return receipt requested, to Defendant at the above address.

4.      Copies of the Summons, Complaint, and Certificate of Compulsory Arbitration were in fact received by said Defendant, as evidenced by the copy of the U.S. Postal Service Domestic Return Receipt, signed by Sarah Jacobsen, a copy of which is attached hereto as **Exhibit A.**

5.      The Summons, Complaint and Certificate of Compulsory Arbitration were received by Defendant on June 25, 2012, as evidenced by **Exhibit A.**

6.      The Domestic Return Receipt, attached hereto as **Exhibit A,** was received by the undersigned on or about June 28, 2012.

**DATED** this _____ day of June 2012.

**WARNOCK, MacKINLAY & CARMAN, PLLC.**


By_____

Brian R. Warnock
Attorneys for Plaintiffs

2

1 | **SUBSCRIBED AND SWORN TO** before me this 28th day of June, 2012, by Brian R. Warnock.

2

3

4 | Notary Public

5

6 | My commission expires:

7

8 | OFFICIAL SEAL
YESENIA GALARZA
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Dec. 20, 2013

9

10 | **Original e-filed and copy delivered electronically**

11 | this 28th day of June, 2012, to:

12 | Hon. Richard J. Gama
201 West Jefferson Street

13 | Phoenix, AZ 85003

14

15 | *Carol Foti*

16 | Carol Foti

17

18

19

20

21

22

23

24

25

26

27

28

# **EXHIBIT A**

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _Sarah Jacobs_ ☐ Agent ☐ Addressee

B. Received by ( *Printed Name* ) _Sarah Jawson_   C. Date of Delivery

1. Article Addressed to:

Wendy Douglas
Purcell Tire & Rubber Co.
301 N. Hall St.
Potosi, MO. 63664

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7009 0080 0000 5708 7425

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

25 JUNE 2012 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Warnock MacKinlay & Carman
Attn: Brian Warnock
7135 E. Camelback Rd.
Suite F 240
Scottsdale, AZ 85251

# EXHIBIT 6

BRYAN CAVE LLP, #00145700
Jay A. Zweig, #011153
Melissa R. Costello, #020993
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7300
Fax: (602) 716-8300
jay.zweig@bryancave.com
melissa.costello@bryancave.com
Attorneys for Defendants Purcell Tire Company,
  Marc Strauss and Wendy Douglas

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| GARY DEMARINO | No. CV2012-008481 |
| Plaintiff, | |
| vs. | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1331 AND 1441(a)** |
| PURCELL TIRE COMPANY, a foreign business entity; CIGNA GROUP INSURANCE, a foreign business entity, MARK STRAUSS, WENDY DOUGLAS; JANE and JOHN DOES I-X; BLACK and WHITE PARTNERSHIPS I-X; and ABC CORPORATIONS I-X, | (Assigned to the Hon. Richard J. Gama) |
| Defendants. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendants Purcell Tire Company, Mark Strauss and Wendy Douglas today filed their Notice of Removal of this action with the United States District Court for the District of Arizona. A copy of the Notice of Removal filed with the United States District Court on July 19, 2012, is attached as Exhibit 1.

719869.1

1    DATED this 19th day of July, 2012.

2                                        BRYAN CAVE LLP

3

4                                        By /s/Melissa R. Costello
5                                            Jay A. Zweig
                                             Melissa R. Costello
6                                            Two North Central Avenue, Suite 2200
                                             Phoenix, AZ  85004-4406
7                                            Attorneys for Defendant Purcell Tire
                                                 Company, Marc Strauss and Wendy
8                                                Douglas

9

10   **ORIGINAL** filed and **COPY** of
     the foregoing mailed this 19th
11   day of July, 2012, to:

12
     Brian R. Warnock
13   Warnock, MacKinlay & Carman, PLLC
     7135 East Camelback Road, Suite F240
14   Scottsdale, Arizona 85251
     Attorneys for Plaintiff
15

16

17   /s/Jackie R. Mead

18

19

20

21

22

23

24

25

26

27

28

Bryan Cave LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
(602) 364-7000