# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gary DeMarino, | ) |
| Plaintiff, | ) CV 12-1563 PHX MEA |
| v. | ) ORDER OF DISMISSAL |
| | ) WITH PREJUDICE |
| Purcell Tire Company, Cigna Group Insurance, Mark Strauss, Wendy Douglas, | ) |
| Defendants. | ) |

The civil docket in this matter indicates that not all of the parties have appeared and properly consented to the exercise of magistrate judge jurisdiction over the matter.

Defendants Purcell Tire Company, Mark Strauss and Wendy Douglas removed this matter from state court on July 1, 2012. On July 23, 2012, these Defendants filed a motion to dismiss the complaint. Some or all of these Defendants consented to the exercise of magistrate judge jurisdiction over the matter.

On August 7, 2012, the Plaintiff and Defendants Purcell Tire Company, Strauss, and Douglas filed a stipulation to extend the time allowed Plaintiff to respond to the motion to dismiss. On August 10, 2012, Plaintiff was ordered to consent to magistrate judge jurisdiction over the matter or to opt for assignment of the matter to a District Judge on or before August

24, 2012. On August 29, 2012, the Court issued an Order to Show Cause requiring Plaintiff to show cause for his failure to comply with the Court's order of August 10. Plaintiff never responded to the Order to Show Cause issued August 29. On August 29, 2012, the same day the order was issued, Plaintiff filed a notice of settlement. See Doc. 10. On August 30, 2012, Plaintiff consented to the exercise of magistrate judge jurisdiction over the matter, although the consent form was improperly filed.

On November 5, 2012, the Court issued an Order to Show Cause, allowing Plaintiff until November 30, 2012, to show cause why the matter should not be dismissed for Plaintiff's failure to submit a proposed form of order terminating this case pursuant to the notice of settlement and for Plaintiff's failure to respond to the motion to dismiss. Plaintiff did not respond to the Order to Show Cause on November 5, 2012.

On December 26, 2012, Plaintiff filed a stipulation for dismissal of this matter with prejudice.

Accordingly,

Pursuant to the stipulation at Doc. 14,

**IT IS ORDERED that** this matter is **dismissed with prejudice**, each party to bear it's own costs and fees. The Clerk of the Court shall close the docket in this matter.

DATED this 2nd day of January, 2013.

_____
Stephen M. McNamee
Senior United States District Judge